IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEROY A PENNINGTON JR.,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2571

Opinion filed September 20, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Kevin M. Cobbin, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. Petitioner shall be allowed a belated appeal from the March 9, 2017, judgment and sentence in Duval County Circuit Court case number 16-2016-CF-008214-AXXX-MA. Upon issuance of mandate in this

cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

MAKAR, OSTERHAUS, and WINOKUR, JJ., CONCUR.